**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**HARSH KRISHNAKANT NAIK,**

***Petitioner*,**

**v.**

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET ALS.,**

***Respondents*.**

Civil No. 26-01400 (MAJ)

# JUDGMENT

In accordance with the Order entered on this same date (**ECF No. 27**), judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety.

This case is now closed for administrative purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of August, 2026.

**/s/ María Antongiorgi-Jordán**
**MARIA ANTONGIORGI-JORDAN**
**UNITED STATES DISTRICT JUDGE**